**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

VIOREL BUJOR,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 3:26-CV-000680-MMD-CLB

**ORDER TO FILE COMPLAINT AND PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS***

On September 10, 2026, Plaintiff Viorel Bujor ("Bujor") submitted letters from the U.S. Citizenship and Immigration Office concerning Bujor's petition for employment-based second preference immigrant classification. (ECF No. 1-1.) However, Bujor did not submit an actual complaint and failed to either pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Thus, the case cannot proceed unless Bujor files a complaint. Furthermore, Bujor must either pay the the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*. Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that Bujor must file a complaint in this case on or before **Tuesday, October 13, 2026**. Bujor is cautioned that this action will be subject to dismissal without prejudice if he fails to timely file a complaint. A dismissal without prejudice allows Bujor to refile the case with the Court, under a new case number, when Bujor can file a complaint.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** Bujor: **(1)** the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same; and **(2)** the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Tuesday, October 13, 2026**, Bujor will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

**IT IS SO ORDERED**.

**DATED**: September 10, 2026.



**UNITED STATES MAGISTRATE JUDGE**