UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VIOREL BUJOR, Plaintiff, v. UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, Defendant. | Case No. 3:26-cv-00680-MMD-CLB<br>ORDER |

*Pro se* Plaintiff Viorel Bujor submitted letters from Defendant United States Citizenship and Immigration Office concerning Plaintiff's denied petition for employment-based second preference immigration classification. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that Plaintiff's action be dismissed for failure to submit a complaint or pay the filing fee. (ECF No. 4.) Plaintiff had until October 28, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). After Plaintiff filed letters from Defendant with the Court, Judge Baldwin directed Plaintiff to file an actual complaint and either pay the full filling fee or apply to proceed *in forma pauperis* by October 13, 2026. (ECF No. 3.) Judge Baldwin cautioned Plaintiff that failure to comply would subject this case to dismissal. (*Id.* at 1-2.) As Judge Baldwin notes in her R&R, Plaintiff did not comply with her order,

request additional time to comply, or take any other action before that deadline passed. (ECF No. 4 at 1.) The Court therefore agrees with Judge Baldwin's recommendation to dismiss the case in accordance with the dismissal factors in *Thompson v. Housing Authority of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). (*Id.* at 2-3.)

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice for failure to file a complaint or pay the filing fee. The Clerk of Court is directed to close this case accordingly.

DATED THIS 30th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE